```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  

DESTENI JOHN,                   :

                Defendant.      :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2008

08 CRIM 656

## COUNT ONE

The Grand Jury charges:

On or about June 9, 2008, in the Southern District of New York, DESTENI JOHN, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, JOHN took money from the Bank of America located at 36 East 14th Street, New York, New York, by demanding that a bank employee turn over to JOHN money in the bank's custody or JOHN would detonate an explosive device.

(Title 18, United States Code, Section 2113(a).)

_____                    _____
FOREPERSON                                 MICHAEL J. GARCIA
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DESTENI JOHN,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2113(a).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Angela L Luna*

Foreperson.

---

7/16/08 Case assigned to J. Carter